# EXHIBIT B

## PORTUS v. Somfy Systems, Inc.
## Infringement Chart for U.S. Patent No. 8,914,526

| U.S. Patent No. 8,914,526 | Somfy |
|---|---|
| 57. A system for remote access of user premises networks located in respective user premises, said system comprising: | Somfy Systems Inc. provides a system for remote access of user premises networks located in respective user premises.<br><br>For example, Somfy Systems Inc. provides Somfy myLink and Somfy RTS motorized shades/blinds/awnings/shutters deployed within a home (user premises) and connects to myLink app for remote monitoring/control of devices in the home.<br><br><br><br>Source: https://service.somfy.com/downloads/nam_v5/mylinkv6_trifold_-_alexa_enabled.pdf |

| U.S. Patent No. 8,914,526 | **Somfy** |
|---|---|
| | <br><br>Source: https://apps.apple.com/us/app/somfy-mylink/id920820854 |
| [57A] a first network (a) located external to said user premises, (b) including a first arrangement of processing circuitry comprising at least one | The system includes a first network (Somfy cloud services network)  located external to said user premises; including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access (Somfy cloud services  to manage accounts, add device, device state synchronization, and remote access);  and  including a hardware user access browser device that comprises a processor running an access browser (user smartphones/tablets running myLink app) |

| U.S. Patent No. 8,914,526 | **Somfy** |
|---|---|
| hardware processor programmed to control network access, and (c) including a hardware user access browser device that comprises a processor running an access browser; and | <br><br>Source: https://accounts.somfy.com/login |

| U.S. Patent No. 8,914,526 | **Somfy** |
|---|---|
| | Connecting the Somfy myLink app with a **new** Amazon Alexa account.<br><br>*Information for an existing account will follow*<br><br>**STEP 2**<br>Link New Account<br><br><br><br>> SELECT "Link New Account."    > The Setup Wizard will now take you to the "Enabling Skill" screen.<br><br>Source: https://service.somfy.com/downloads/nam_v5/howto_connect_mylink_with_amazon_alexa_4-19.pdf |

| U.S. Patent No. 8,914,526 | **<u>Somfy</u>** |
|---|---|
| | <br><br>Source: https://service.somfy.com/downloads/nam_v5/mylinkv6_trifold_-_alexa_enabled.pdf |

| U.S. Patent No. 8,914,526 | **Somfy** |
|---|---|
| [57B] a plurality of second arrangements of processing circuitry each comprising at least one hardware processor programmed to control network access, each of at least a subset of which is located in a respective one of the user premises and part of the respective user premises network of the respective user premises; | The system includes a plurality of second arrangements (myLink™ RTS Smartphone and Tablet Interface) deployed in users' homes (each with embedded processors and network interfaces) and connected as devices on the user's home network (e.g., LAN) to control network access (access your devices such as Blinds, screens and shutters). Each myLink™ is part of the user premises network and participates in network.<br><br> <br><br>**myLink™ RTS**<br>**Smartphone and Tablet Interface**<br>Item #: 1811403<br><br>OVERVIEW:<br><br>The **myLink™ RTS Smartphone and Tablet Interface** is a WiFi to Radio Technology Somfy® (RTS) bridge that can control up to 16 channels of RTS motorized products using the Somfy myLink apps for iOS and Android devices. Through the app, users can send immediate RTS commands, create scenes (a group of motorized products working together) and schedules (timed events). Users may access their myLinks from anywhere with the app's remote access feature. Though the myLink is a single-zone controller, multiple myLinks can be joined within the same system for multi-zone control. The myLink can also be used as a WiFi to RTS interface for integration with third-party control systems and is compatible with the Somfy Synergy™ API and Amazon Alexa (Recommended for spaces up to 4,000 sq. ft.).<br><br><br><br>Source: https://service.somfy.com/downloads/nam_v5/mylinkv2_-_legacy_spec_sheet_5.4.2020.pdf |

| U.S. Patent No. 8,914,526 | **Somfy** |
|---|---|
| MOTORS / NETWORK / USER INTERFACES | Roll Up WireFree™ RTS / Cord Lift WireFree™ RTS / Tilt 50 WireFree™ RTS<br><br>RTS — myLink™ — RTS<br>WIFI<br>WIFI<br>iOS Device / Android Device / 3rd Party Control System<br><br>Source: https://service.somfy.com/downloads/nam_v5/mylinkv2_-_legacy_spec_sheet_5.4.2020.pdf |
| [57C] wherein:<br>said first circuitry arrangement is adapted by its programming to initiate an establishment | The first circuitry arrangement (Somfy cloud services network) is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements (use myLink app to Access Somfy myLink and devices communicating with the Somfy myLink |

| U.S. Patent No. 8,914,526 | **<u>Somfy</u>** |
|---|---|
| of network connections to said second circuitry arrangements;; | Somfy cloud/app infrastructure initiates or causes cloud-to-hub/opener command/status communications when a user logs in, monitor/control a device. <br><br>  <br><br> Source: https://service.somfy.com/downloads/nam_v5/mylinkv2_-_legacy_spec_sheet_5.4.2020.pdf |

| U.S. Patent No. 8,914,526 | **<u>Somfy</u>** |
|---|---|
| [57D] the user access browser located on the first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and said user premises networks; | myLink app (located on the first network) operates as access-browser functionality to locate and retrieve information from Somfy cloud and from the user's device state, Requests use URL/URI-addressed resources (HTTP/HTTPS endpoints). User selections within the UI (e.g., choosing devices such as lighting, fans) cause the client to access predetermined URL/URI locations corresponding to those services/resources.<br><br>URL/browser aspect is met by myLink app acting as an access-browser client to devices (with URL selection/input implicit via the app UI).<br><br><br><br>Source: https://apps.apple.com/us/app/somfy-mylink/id920820854 |

| U.S. Patent No. 8,914,526 | Somfy |
|---|---|
| [57E] each of the at least the subset of second circuitry arrangements is accessible by the first circuitry arrangement; | Each of the at least the subset of second circuitry arrangements (Devices such as shades/blinds/awnings/shutters) is accessible by the first circuitry arrangement (myLink app)<br><br>**Channel Control**<br><br>**The myLink** now features 16 channels so you can control up to 16 individual or 16 groups of motorized solutions with one myLink. This provides an ideal zone control and allows you to mix and match motorized solutions with ease. It's scalable so you can always use multiple myLinks together if additional channels are needed.<br><br>Draperies   Blinds   Shades   Screens   Shutters   Awnings<br><br>Source: https://service.somfy.com/downloads/nam_v5/mylinkv6_trifold_-_alexa_enabled.pdf |
| [57F] responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL | When a user accesses Somfy cloud services (via UI selections that cause the client to access service URL/URI endpoints), Somfy cloud services rely on authorization data (account login and device added) to determine which added device (and associated premises networks/locations) the user is authorized to monitor/control.  Which means responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; |

| U.S. Patent No. 8,914,526 | **Somfy** |
|---|---|
| corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; | <br><br>Source: https://accounts.somfy.com/login |

| U.S. Patent No. 8,914,526 | **Somfy** |
|---|---|
| | **Somfy myLink Set Up and Programming Instructions**<br><br>**How do I add more RTS products?**<br>Once myLink has been programmed, go to the app's menu.<br>STEP 1: Click "edit"<br>STEP 2: Click "RTS programming settings." (Note: In a system with multiple myLinks, you'll be prompted to choose which mylink you want to edit.)<br>STEP 3: From the RTS programming screen, choose from the available application icons.<br>STEP 4: Follow the on-screen setup prompts:<br>**a.** Identify the transmitter that currently controls the motorized product and confirm that it's working properly. Select the channel that operates the product you wish to program.<br>**b.** Press the program button on the back of the remote until the shade jogs.<br>STEP 5: Press PROGRAM on the app and the shade will jog again.<br>**NOTE:** If the motorized application does not respond to the command, press the RETRY button to send the signal again.<br>STEP 6: The programming is now complete for that channel. Simply press CREATE GROUP to program additional motors to the same channel or press DONE to add additional channels and name them. Repeat the process to create up to five channels. Once RTS programming is complete, press DONE.<br><br>Source: https://www.innovativeopenings.com/wp-content/uploads/2020/04/Insolroll_Somfy_myLink_SetUp_Programming_Version_01_2017_03_28.pdf |
| [57G] initiates an establishment of a network connection to said one of said second circuitry arrangements to create a new communications session for a temporary interconnection between said first network and said | Upon authorized access (e.g., using myLink app to remote access devices, Somfy cloud services establish network communications with the specific registered device state to access device state / stored data and/or deliver commands/updates. These interactions are implemented as network sessions (e.g., HTTPS/TLS request/response sessions and/or cloud synchronization sessions) that temporarily interconnect Somfy cloud services  and the specific user premises network during the access/control transaction.<br><br>Upon remote user interaction (app), Somfy cloud services communicate with the in-premises device over the network path to:<br>- send control commands (e.g., open, close), and<br>- obtain device status/usage information; |

| U.S. Patent No. 8,914,526 | **Somfy** |
|---|---|
| determined one of said user premises networks to at least one of control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network: | <br><br>Source: https://apps.apple.com/us/app/somfy-mylink/id920820854 |
| [57H] obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network; and | Obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network. |

| U.S. Patent No. 8,914,526 | **Somfy** |
|---|---|
| | **Channel Control**<br><br>**The myLink** now features 16 channels so you can control up to 16 individual or 16 groups of motorized solutions with one myLink. This provides an ideal zone control and allows you to mix and match motorized solutions with ease. It's scalable so you can always use multiple myLinks together if additional channels are needed.<br><br>Draperies   Blinds   Shades   Screens   Shutters   Awnings<br><br>Source: https://service.somfy.com/downloads/nam_v5/mylinkv6_trifold_-_alexa_enabled.pdf |
| [57I] using a web server, serves to the user access browser the information from the second circuitry arrangement of the determined user premises network; | Using a web server(Somfy cloud services server), serves to the user access browser (myLink app) the information from the second circuitry arrangement of the determined user premises network; |

| U.S. Patent No. 8,914,526 | Somfy |
|---|---|
| | <br><br>Source: https://apps.apple.com/us/app/somfy-mylink/id920820854 |
| [57J] the communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser; and | The communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser.<br>Remote access is presented in t myLink app as direct, immediate access to shades/blinds/awnings/shutters (i.e., the user experiences the in-premises devices as accessible " when you're away from home"). |

| U.S. Patent No. 8,914,526 | **Somfy** |
|---|---|
| | <br><br>Source: https://service.somfy.com/downloads/nam_v5/mylinkv6_trifold_-_alexa_enabled.pdf<br><br> |
| [57K]the at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by | The at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements.<br><br>Remote monitoring/control is performed through myLink app, which displays devices state/controls derived from the devices, and accept user commands based on that displayed information. |

| U.S. Patent No. 8,914,526 | **Somfy** |
|---|---|
| said one of said second circuitry arrangements. | To control any Somfy-powered application, access the remote screen via the menu or the toggle button. This feature is always available whether you're home or away.<br><br><br><br>Select the appropriate myLink. Choose the product you wish to control and the associated command, such as up, down, "my" or stop. Your motorized applications will activate accordingly.<br><br><br>Source: https://www.somfysystems.com/en-us/suschedulepport/faq?question=mylinktm-app-overview-basic-navigation |