AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PORTUS SINGAPORE PTE LTD AND PORTUS PTY LTD<br><br>*Plaintiff(s)*<br><br>v.<br><br>SOMFY SYSTEMS, INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  9:26-cv-80658 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SOMFY SYSTEMS, INC.
c/o Registered Agent
C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Victoria E. Brieant
Law Office of Victoria E. Brieant, P.A.
400 Ponce de Leon Blvd.
Suite 470
Coral Gables, Florida 33146

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Date:   Jun 5, 2026

Angela E. Noble
Clerk of Court